**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

KATHERINE HAAS,

Plaintiff,

v. No. 2:26-cv-02621-DLM-JHR

SUN COUNTRY CARE MANAGEMENT,

Defendant.

## ORDER GRANTING MOTION TO FILE ELECTRONICALLY

THIS MATTER is before the Court on the motion of pro se plaintiff, Katherine Haas, for leave to file documents electronically via the Case Management/Electronic Case Files (CM/ECF) system. [Doc. 7]. Plaintiff requests permission to electronically file documents in this case and states that she "possess[es] regular access to a reliable computer, a secure internet connection, a document scanner capable of producing pdf files and a valid email address." *Id*. at 1.

The Court grants Plaintiff permission to file electronically in this case only. *See* Guide for Pro Se Litigants at 13, District of New Mexico (October 2022) ("[A]pproval to electronically file documents within a case must be granted by the presiding judge for each case in which the *pro se* litigant wishes to file using their CM/ECF account"). The Court will revoke permission to file electronically if Plaintiff abuses his electronic filing privilege or fails to comply with the rules and procedures in the District of New Mexico's Guide for Pro Se Litigants and the District of New Mexico's CM/ECF Administrative Procedures Manual. Account registration forms, procedure manuals, and other information can be obtained at the Court's website at http://www.nmd.uscourts.gov/filing-information. This Order only grants Plaintiff permission to participate in CM/ECF; Plaintiff is responsible for registering to become a participant. *See* CM/ECF Administrative Procedures Manual, District of New Mexico (Revised June 2024).

**FOR THE FOREGOING REASONS**, Plaintiff's Motion For Leave To File Electronically is GRANTED. [Doc.7].

**IT IS SO ORDERED** this 24th day of August 2026.

HON. JERRY H. RITTER
United States Magistrate Judge